BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Cymbalta Products Liability Litigation        MDL Docket No. _____

**PLAINTIFFS' MOTION PURSUANT TO 28 U.S.C. § 1407 TO TRANSFER RELATED ACTIONS FOR COORDINATED PRETRIAL PROCEEDINGS IN THE CENTRAL DISTRICT OF CALIFORNIA**

Pursuant to 28 U.S.C. § 1407, and Rule 6.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs[1] ("Movants"), hereby respectfully move the Judicial Panel on Multidistrict Litigation for an order transferring the twenty-eight related actions set forth in the Schedule of Actions filed herewith, which are pending before twenty different federal courts, and any subsequently filed related actions, to a single judge in the Central District of California for coordinated pretrial proceedings.  The related actions allege product liability claims against Defendant Eli Lilly and Company ("Lilly") for injuries caused by the use and discontinuation of the prescription drug Cymbalta (also known as duloxetine), i.e., "Cymbalta Withdrawal."

In support of this motion, and as set forth in more detail in the accompanying supporting brief, Movants submit:

1. Lilly is a Defendant in each of the twenty-eight related actions set forth in the Schedule of Actions.

2. Movants are plaintiffs in each of the twenty-eight related actions set forth in the Schedule of Actions.

3. The related actions are product liability actions in which each plaintiff alleges that

---

[1] Thomas Seagroves and Ute Seagroves, Sidney Carter, Erin Hexum and Nick Hexum, Claudia Herrera and Peter Lowry, Jesse McDowell, Veronica Lister, Peggy Barrett and Roger Barrett, Deborah Caporale and George Caporale, Anita Hollowell and Edward Hollowell, Kerry O'Shea and Sharlene O'Shea, Deanna Cheshier, Carl Woodruff and Penny Woodruff, Elisa Wheeler and James Wheeler, Kelly Cheney**,** Heather Laica-Bhoge and Alberto Bhoge, Douglas Gollin and Lynn Gollin, Sandra Couch, Johnson Fairbanks, Karen Boling and Joseph Boling, Eric McCabe**,** Shelly Harris, Elizabeth Whitworth**,** Mark Williams**,** Gregory Mayes, Donna Loux, Melissa Rossero, Karen Wagner, and Adam Streeter.

1

Lilly's prescription antidepressant medication, Cymbalta, caused withdrawal reactions and injuries when the plaintiffs ceased or attempted to cease ingesting Cymbalta.  Each plaintiff also alleges that Lilly failed to adequately warn about these risks and, in fact, presented Cymbalta as having a much lower risk of withdrawal, i.e., about 1%, when the true risk was much higher, i.e., at least 44.3% to 50.8%, or higher.

4.      Transfer and coordination pursuant to 28 U.S.C. § 1407(a) is appropriate because:  (i) the actions assert product liability claims against Lilly for injuries sustained by people discontinuing Cymbalta; (ii) the actions involve common questions of fact, including Cymbalta's capacity to cause withdrawal injuries and whether Lilly properly warned about the risks of Cymbalta withdrawal; (iii) transfer to a single district will be convenient for all parties and witnesses and will allow for just and efficient pretrial proceedings; and (iv) absent transfer and coordination, the parties and courts will face the burden and expense of duplicative discovery and pretrial proceedings and inconsistent pretrial rulings.  The creation of a multidistrict litigation is also appropriate at this time because many additional actions will be filed in the future and pretrial coordination is the only way to ensure orderly pretrial litigation.

5.      In addition, Movants respectfully request that the Panel coordinate these actions in the Central District of California, a highly accessible metropolitan location, where the oldest, most developed, and largest number of actions (7) are pending.  Specifically, coordination before the Honorable Stephen V. Wilson or the Honorable George H. King would best serve the purposes of 28 U.S.C. § 1407.  Both judges have significant familiarity with this litigation and both judges have the expertise and knowledge to effectively manage a coordinated proceeding.

6.      This motion is based on the accompanying brief and Schedule of Actions, the pleadings and papers filed herein, and such other and further matters as may be presented to this

Panel at the time of any hearing.

7.      In compliance with Rule 4.1 of the Rules of Civil Procedure of the Judicial Panel on Multidistrict Litigation, Pfizer has simultaneously delivered copies of this motion and supporting papers to the Clerk of each district in which the related actions are pending.

DATED:  August 15, 2014               Respectfully submitted,
        Los Angeles, California

                                      **BAUM, HEDLUND, ARISTEI &
                                      GOLDMAN, P.C.**

                                       /s/ R. Brent Wisner
                                      Michael L. Baum, Esq.
                                      CA Bar No. 119511
                                      mbaum@baumhedlundlaw.com
                                      R. Brent Wisner, Esq.
                                      CA Bar No. 276023
                                      rbwisner@baumhedlundlaw.com

                                      12100 Wilshire Blvd., Suite 950
                                      Los Angeles, CA 90025
                                      Tel:  (310) 207-3233
                                      Fax:  (310) 820-7444

                                      Harris L. Pogust
                                      T. Matthew Leckman
                                      POGUST BRASLOW &
                                      MILLROOD, LLC
                                      Eight Tower Bridge, Suite 1520
                                      161 Washington Street
                                      Conshohocken, PA  19428
                                      hpogust@pbmattorneys.com
                                      mleckman@pbmattorneys.com

                                      *Attorney for Plaintiffs*

                                      Thomas Seagroves and Ute Seagroves
                                      Sidney Carter
                                      Erin Hexum and Nick Hexum
                                      Claudia Herrera and Peter Lowry
                                      Jesse McDowell
                                      Veronica Lister

Peggy Barrett and Roger Barrett
Deborah Caporale and George Caporale
Anita Hollowell and Edward Hollowell
Kerry O'Shea and Sharlene O'Shea
Deanna Cheshier
Carl Woodruff and Penny Woodruff
Elisa Wheeler and James Wheeler
Kelly Cheney
Heather Laica-Bhoge and Alberto Bhoge
Douglas Gollin and Lynn Gollin
Sandra Couch
Johnson Fairbanks
Karen Boling and Joseph Boling
Eric McCabe
Shelly Harris
Elizabeth Whitworth
Mark Williams
Gregory Mayes
Donna Loux
Melissa Rossero
Karen Wagner
Adam Streeter