**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  14-CV-61810-DIMITROULEAS/SNOW**

DOUGLAS GOLLIN and LYNN GOLLIN,

      Plaintiffs,

v.

ELI LILLY AND COMPANY, an Indiana
corporation,

      Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO**
**DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF**
**ELECTRONIC FILING**

THIS CAUSE is before the Court upon the Motion to Appear *Pro Hac Vice*, Consent to

Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 17] (the

"Motion"), filed herein on February 13, 2015.  The movant requests this Court to admit Phyllis

A. Jones, Esq. of the law firm of Covington & Burling, LLP, One CityCenter, 850 Tenth Street

NW, Washington, DC 20001-4956, to appear *pro hac vice* as co-counsel on behalf of Defendant

in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative

Procedures, to permit Phyllis A. Jones, Esq. to receive electronic filings in this case.  The Court

has carefully considered the Motion, and is fully advised in the premises. The Motion has been

properly filed with the required documentation, and the attorney appears to be in good standing.

The Court notes the filing of a $75.00 check made payable to the Clerk, United States

District Court. The Court also notes that Phyllis A. Jones, Esq. has certified to having studied the

Local Rules and has designated David S. Johnson, Esq. as local counsel.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 17] is **GRANTED**.  Phyllis A. Jones, Esq. may appear and participate in this matter as co-counsel on behalf of Defendant in the above-styled case only.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial.  Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status.  Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

The Clerk shall provide electronic notification of all electronic filings to Phyllis A. Jones, Esq. at pajones@cov.com.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of February 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record