UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-61810-DIMITROULEAS/SNOW

DOUGLAS GOLLIN and LYNN GOLLIN,

    Plaintiffs,

v.

ELI LILLY AND COMPANY, an Indiana
corporation,

    Defendant.
    _____/

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

## FOR FAILURE TO FOLLOW THIS COURT'S ORDERS

    THIS CAUSE is before the Court *sua sponte*.

    This Court's Order of August 12, 2014, directed the parties to file a Joint Scheduling Report within thirty-five (35) calendar days of the filing of the first responsive pleading by the last responding defendant [DE 9]. Thus, since the Defendant answered on January 16, 2015 [DE 13], a joint scheduling report should have already been filed.

    Accordingly, it is **ORDERED AND ADJUDGED** that on or before March 2, 2015, Plaintiffs shall either show cause why this case should not be dismissed for failure to follow this

Court's Order or file a joint scheduling report. Failure to timely respond may result in dismissal of the case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of February 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record